UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal No. 99-0337  (PLF/JMF) |
| NEALE JENKINS, | ) |
| Defendant. | ) |

ORDER

Upon consideration of the August 25, 2005 Report and Recommendation of Magistrate Judge John M. Facciola, and upon consideration of the entire file herein, it is hereby

ORDERED that the Court ADOPTS and APPROVES the Recommendation of Judge Facciola in its entirety; and it is

FURTHER ORDERED that the violation filed on January 13, 2005 shall be dismissed and the defendant shall remain on supervised release.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: September 12, 2005