UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Criminal No. 99-0337   (PLF/JMF) |
| NEALE JENKINS, | ) ) ) | |
| Defendant. | ) ) | |

ORDER

Upon consideration of the March 13, 2007 Report and Recommendation of Magistrate Judge John M. Facciola, defendant's March 21, 2007 Waiver of his Right to Sentencing Hearing before this Court with Regard to his Violation of Conditions of Supervised Release, and the entire record herein, it is hereby

ORDERED that the Court ADOPTS and APPROVES the Report and Recommendation of Judge Facciola in its entirety;[1] and it is

FURTHER ORDERED that defendant is found to have violated the terms of his supervised release by using controlled substances while on supervised release, his supervised

---

[1] The Court notes for the record that the parties agree that there is one factual inaccuracy in the Report and Recommendation. See Defendant's March 21, 2007 Waiver of his Right to Sentencing Hearing with Regard to his Violation of Conditions of Supervised Release at 1 n. 1.

release therefore is revoked, he is sentenced to time served and his supervised release is terminated forthwith.

        SO ORDERED.

                                              \_\_\_\_\_/s/_____
                                              PAUL L. FRIEDMAN
                                              United States District Judge

DATE:  March 27, 2007